UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TINA L. PORTER,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE<br>Commissioner of Social Security,<br><br>    Defendant | Civil No. C07-5654RJB-JKA<br><br>ORDER FOR REMAND |

Based on the stipulation of the parties it is hereby ORDERED that the above-captioned case be remanded for further administrative proceedings including a de novo hearing by a different Administrative Law Judge (ALJ). On remand, the ALJ will give further consideration to the opinions of Linda Miller, D.O., Anita Peterson, Ph.D., and Thomas Clifford, Ph.D., regarding the severity of Plaintiff's borderline personality disorder.

This case is reversed and remanded on the above grounds pursuant to sentence four of 42 U.S.C. § 405(g), and Plaintiff is entitled to reasonable attorney's fees and costs pursuant to 28 U.S.C. § 2412(d), upon proper request to this Court.

Page 1    ORDER- [C07-5654RJB-JKA]

DATED this 2nd day of June, 2008.

_Robert J Bryan_
Robert J Bryan
UNITED STATES DISTRICT JUDGE

Recommended for Entry:

/s/ *J. Kelley Arnold*_____
UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ CAROL A. HOCH   WSB # 9289
Special Assistant U.S. Attorney
Attorney for Defendant
Office of the General Counsel
701 Fifth Ave, Ste 2900, M/S 901
Phone:  206-615-2684
Fax:     206-615-2531
carol.a.hoch@ssa.gov